## THOMPSON *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 17, September Term, 1962.]

*Decided October 9, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the opinion of Judge Charles D.

Harris in the court below, the application for leave to appeal will be denied.

*Application denied.*